UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                        CIVIL ACTION NO.: 99-cv-60089

TORANCE WILLIAMS            HONORABLE: George Caram Steeh
        Defendant,
and

**T.C.3 INVESTMENTS, LLC**

        Garnishee.
_____/

## ORDER RESOLVING ORDER FOR DEFENDANT TO APPEAR AND SHOW CAUSE

The parties, having agreed to resolve the Order for Defendant to Appear and Show Cause pursuant to the stipulation entered by the parties on February 26, 2015 [Docket # 27],

**IT IS HEREBY ORDERED that:**

1. TORANCE WILLIAMS shall remit to: U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363, $30.00 dollars per month starting February 16, 2015 with review of payment arrangements every 6 months to determine defendant's ability to increase payments until the balance owed on the Judgment is paid in full.

2. If any payment of $30.00 is missed with a 10 day grace period there shall be no further payment arrangements unless agreed to by the United States of America.

3. This stipulation resolves the hearing that was scheduled for February 24, 2015 and reset to March 23, 2015.

                                                          s/George Caram Steeh
                                                          UNITED STATES DISTRICT JUDGE

Dated:  February 26, 2015